UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOWER OUR TAXES (LOT), SUSAN PLUNKETT, DWIGHT GROSS, AVNER GREGORY, ANDREW LOCKWOOD, SR. and BARBARA HAMPLE | : : : : : : : | NO.: 3:13-cv-00213 |
| v. | : : | |
| CITY OF NEW LONDON, DARYL JUSTIN FINIZIO, JEFF SMITH, MICHAEL E. PASSERO, WADE A. HYSLOP, JR., MARIE FRIESS-McSPARRAN, DONALD MACRINO, JOHN J. MAYNARD, ANTHONY L. NOLAN, and ADAM SPRECACE | : : : : : : : | FEBRUARY 15, 2013 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§1441, 1443 and 1446, the defendants hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of New London at New London for the following reasons:

1.  Plaintiffs have commenced an action against the defendants in the Judicial District of New London at New London, by service of a Summons and Complaint dated January 22, 2013. The plaintiffs served a copy of the Summons and Complaint upon the defendants, City of New London, the Honorable Daryl Justin Finizio, Jeff Smith, Michael E. Passero, Wade A. Hyslop, Jr., Marie Friess-McSparran, Donald Macrino, John J. Maynard, Anthony L. Nolan, and Adam Sprecace. Pursuant to 28 U.S.C. §1446(a), the defendants have attached said Summons and Complaint hereto.

2. The above-described action is a civil action and is one which may be removed to the Court by the defendants pursuant to the provisions of Title 28, United States Code §§1441, 1331 and 1343(3), in that the Complaint alleges that the defendants' acts and omissions violated the plaintiffs' rights enumerated in Fourteenth Amendment of the United States Constitution.

3. The action is returnable to the Superior Court for the Judicial District of New London at New London on February 26, 2013.

4. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants to date.

5. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§1343(3) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.  The action may be removed to this Court pursuant to 28 U.S.C. §§1441, 1443 and 1446.

WHEREFORE, the defendants pray that the above action now pending in the Superior Court of New London at New London be removed therefrom to this Court.

DEFENDANTS,
CITY OF NEW LONDON, DARYL JUSTIN FINIZIO, JEFF SMITH, MICHAEL E. PASSERO, WADE A. HYSLOP, JR., MARIE FRIESS-McSPARRAN, DONALD MACRINO, JOHN J. MAYNARD, ANTHONY L. NOLAN, and ADAM SPRECACE


By  */s/ Michael J. Rose*
   Michael J. Rose (ct14803)
   Johanna G. Zelman (ct26966)
   Rose Kallor, LLP
   750 Main Street, Suite 606
   Hartford, CT  06103
   (860) 748-4660
   (860) 241-1547 (Fax)
   E-Mail: mrose@rosekallor.com
         jzelman@rosekallor.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent to all counsel of record, via U.S. Mail, postage prepaid, this 15th day of February, 2013.


M. John Strafaci, Esq.
Law Offices of M. John Strafaci, LLC
191 Hempstead Street
New London, CT  06320


                */s/ Michael J. Rose*
                Michael J. Rose